**DENY; and Opinion Filed January 30, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00102-CV

### IN RE CATHERINE HAYNES, Relator

**Original Proceeding from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-12828**

## MEMORANDUM OPINION
Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Lang-Miers

Relator contends that the trial court clearly abused its discretion in denying her motion to remove counsel for one of the defendants, Trinity Inspired Health Care. The facts and issues are well known to the parties, so we need not recount them herein. We conclude relator's petition does not satisfy the requirements of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(j); *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.—Dallas 2008, orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

140102F.P05